RECEIVED
SEP 2 0 2011
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL BANKS | CIVIL ACTION NO. 08-cv-0744 |
| VERSUS | JUDGE STAGG |
| WARDEN, DAVID WADE CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of September, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE